**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

TYRONE DAMOND WHITFIELD                                         PLAINTIFF
ADC #556055

v.                              CASE NO. 4:25-CV-00676-BSM

FAULKNER COUNTY JAIL, *et al.*                                 DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE